UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,

        Plaintiff,

    - against -                                  Civil No. RDB-11-2665

$4,812.00 in U.S. Currency,

        Defendant.

-------------------------------X

## MOTION FOR FINAL ORDER OF FORFEITURE

    The United States of America, by and through undersigned counsel, hereby moves for entry of an Order of Forfeiture, and in support of such motion states the following:

    1.    On April 7, 2011, $4,812.00 in United States currency (hereinafter, "the Defendant Currency") was seized from a 2006 Nissan 300Z, Maryland license tag 6FKM15 in Allegany County, Maryland.

    2.    A Verified Complaint for Forfeiture of the Defendant Currency was filed on September 16, 2011. The Complaint alleges that the Defendant Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

    3.    Notice of the civil forfeiture proceeding was sent by certified mail to the potential claimants and was posted on an official government internet site (www.forfeiture.gov) pursuant to Supplemental Rule G(4) of the Federal Rules of Civil Procedure for thirty (30) consecutive days.

    4.    Trinity Claycomb (hereinafter, "Claimant") filed a claim to the Defendant Currency on October 21, 2011. No other claimant has come forward within the time allotted for the filing of

claims pursuant to Supplemental Rule G(5).

5. The parties have entered into a Stipulation of Settlement and Release of All Claims resolving all of the issues raised in the Complaint for Forfeiture. *See* **Exhibit A**. Specifically, the parties agreed that the United States shall return to Claimant $3,012.00 of the Defendant Currency. The Parties further agreed that $1,800.00 of the Defendant Currency shall be forfeited to the United States, and that this shall constitute a full and final settlement of all claims that Claimant has as a result of the seizure.

**WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

This 20th day of April, 2012.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


        \_\_\_\_/s/_____
        Stefan D. Cassella
        Assistant United States Attorney
        Lauri Waldman, Esq.
        Law Clerk
        36 S. Charles Street
        Fourth Floor
        Baltimore, Maryland 21202
        Telephone (410) 209-4800